IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY WAYNE STUCKEY,

    Petitioner,                      No. CIV S-11-1643 EFB P

    vs.

STATE OF CALIFORNIA,

    Respondent.                     ORDER

_____/

    Petitioner proceeds without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. This case is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(4). On January 6, 2012, the court dismissed the original petition with leave to amend. The dismissal order explained the petition's deficiencies, gave petitioner 30 days to file an amended petition, and warned petitioner that failure to file an amended petition would result in dismissal.

    The 30-day period has expired and petitioner has not filed an amended petition or otherwise responded to the court's order.[1]

---

[1] Although it appears from the file that petitioner's copy of the order was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1  Accordingly, this action is DISMISSED.

2  Dated: April 26, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2